CHRISTIAN SAUTTER, JR., Respondent and Appellant, *v.* JOHN C. FULMER et al., Appellants and Respondents.

W. STRONG CLOHER et al., as Executors of WILLIAM H. CLOHER, Deceased, Respondents and Appellants, *v.* JOHN C. FULMER et al., Appellants and Respondents.

FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, as Executor of WILLIAM I. TABER, Deceased, Respondent and Appellant, *v.* JOHN C. FULMER et al., Appellants and Respondents.

T. HARVEY FERRIS, Respondent and Appellant, *v.* JOHN C. FULMER et al., Appellants and Respondents.

GEORGE W. GAMMEL, Respondent and Appellant, *v.* JOHN C. FULMER et al., Appellants and Respondents.

FIRST BANK AND TRUST COMPANY OF UTICA, as Executor of JOHN H. SIEMERS, Deceased, Respondent and Appellant, *v.* JOHN C. FULMER et al., Appellants and Respondents.

(Argued October 11, 1933; decided October 27, 1933.)

*Pirnie Pritchard* for defendants, appellants and respondents.

*Thayer Burgess* for plaintiffs, respondents and appellants.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.